JS-6/Ent

FILED
NOV 13 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___SDM___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

LUIS ANGEL CORELLA,   )   Case No. 05-1012-FMC (MLG)
          Petitioner,  )
                       )   JUDGMENT
     v.                )
                       )
M. EVANS, Warden,      )
                       )
          Respondent.  )
_____)

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: Nov. 10, 2009

Florence-Marie Cooper
United States District Judge